UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO C. FUNTANILLA, JR., ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> DAVID TRISTAN, et al., ) <br> ) <br>    Defendants. ) <br> _____) | 1:02-CV-06001-OWW-LJO-P <br><br> ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT <br> (DOCUMENT #136) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 10, 2005, defendants filed a motion for an extension of time to file a response to the motion for summary judgment filed by plaintiff on April 29, 2005. On May 19, 2005, plaintiff filed a response in opposition to the motion for extension of time. Plaintiff is assured that the court does not grant extensions of time without good cause. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are is granted thirty days from the date of service of this order in which to file an opposition to plaintiff's motion for summary judgment.

IT IS SO ORDERED.

**Dated:   May 26, 2005**
b6edp0

       **/s/ Lawrence J. O'Neill**
UNITED STATES MAGISTRATE JUDGE