# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. FUNTANILLA, Jr., | CV F 02 6001 OWW LJO P |
| Plaintiff, | ORDER STRIKING MOTION FOR SUMMARY JUDGMENT AS DUPLICATIVE (Doc. 134.) |
| v. | |
| D. TRISTAN, et. al., | ORDER GRANTING DEFENDANTS REQUEST FOR AN EXTENSION OF TIME (Doc. 139) |
| Defendants. | |

Gregorio Funtanilla, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

**A. PROCEDURAL BACKGROUND**

Plaintiff filed the instant action on August 16, 2002. The Court found cognizable failure to protect, cruel and unusual punishment, due process, deliberate indifference to a serious medical need and access to the Courts claims. The Complaint names Means, Hanse, Medrano, Thomas, Vella, Yates, Martinez, Atkinson and Gonzales as Defendants.

On February 28, 2003, Plaintiff filed a First Amended Complaint. (Doc. 26.) Plaintiff filed a Second Amended Complaint on March 10, 2003. (Doc. 36.) The Court found the

1

1  Second Amended Complaint stated a cognizable failure to protect claim against Defendant
2  Means, a cognizable Eighth Amendment claim for cruel and unusual punishment against
3  Defendants Hanse, Medrano, and Thomas, a cognizable access to the courts claim against
4  Defendants Gonzales and Atkinson, a cognizable due process claim against Defendants Vella,
5  Means, Yates, Tristan, Bloxom, Marshall, Godin, Walker and Yamamoto, a cognizable claim for
6  deliberate indifference to a serious medical need against Medrano, Martinez and Thomas, a
7  cognizable Eighth Amendment claim for deprivation of exercise against Defendants Vella,
8  Brown, and Galaza and a cognizable retaliation claim against Defendants B. Streeter, V.
9  Castillo, J. Buckley and Lisa Salinas.

10  On February 13, 2003, Plaintiff filed his first Motion for Summary Judgment. (Doc. 20.)
11  The Court issued Findings and Recommendations that the Motion be denied as premature on
12  February 28, 2003, and the District Court adopted the Recommendations on April 22, 2003.
13  (Docs. 28, 43.)

14  Plaintiff filed a second Motion for Summary Judgment on May 13, 2003. (Doc. 46.)
15  The Court issued Findings and Recommendations on September 24, 2003, also on the ground
16  that it was premature. (Doc. 51.) The District Court adopted the Findings and
17  Recommendations on November 18, 2003.

18  Plaintiff, however, filed a third Motion for Summary Judgment on November 3, 2003.
19  (Doc. 60.)

20  A scheduling Order issued on October 20, 2004, setting forth a discovery deadline of
21  April 20, 2005, an Amended Pleadings deadline of May 20, 2005, and a dispositive motion
22  deadline of June 20, 2005. (Doc. 110.)

23  Plaintiff filed a fourth Motion for Summary Judgment on September 21, 2004. (Doc.
24  107.)

25  On February 10, 2005, Defendants moved for involuntary dismissal of the action.
26  A fifth Motion for Summary Judgment was filed by Plaintiff on April 29, 2005. (Doc.
27  134.)

28  On June 15, 2005, Defendants filed a Request for an Extension of Time to file an

Opposition to the Motions for Summary Judgment and to file a Motion for Summary Judgment. (Doc. 139.)

Plaintiff filed his sixth Motion for Summary Judgment on June 24, 2005.[1] (Doc. 141.)

The third, fourth, fifth and sixth Motions for Summary Judgment are currently pending before the Court.

**A. FIFTH MOTION FOR SUMMARY JUDGMENT**

As noted above, Plaintiff filed his fifth Motion for Summary Judgment on April 29, 2005. (Doc. 134.) This Motion seeks summary judgment against Defendants Medrano, Martinez and Thomas and concerns Plaintiff's deliberate indifference to serious medical needs in violation of the Eighth Amendment claim.

The Court has examined closely all of the Motions for Summary Judgment filed by Plaintiff and finds that the Motion filed on April 29, 2005, is an identical photocopy of the fourth Motion for Summary filed on September 21, 2004.[2] (Doc. 107.) Accordingly, because the pleading is duplicative of a previously filed and currently pending motion, the Court will Order that the Motion be STRICKEN from the record. Plaintiff, therefore, has the following Motions for Summary Judgment pending.

Motion for Summary Judgment filed on November 3, 2003, against Defendants Vella, Means and Yates for violation of Due Process on the grounds of Plaintiff's SHU retention.

Motion for Summary Judgment filed on September 21, 2004, against Defendants Medrano, Martinez, and Thomas for deliberate indifference to a serious medical need in violation of the Eighth Amendment.

Motion for Summary Judgment filed on June 24, 2005, against Defendants Buckley and Streeter for retaliation.

Plaintiff is forewarned that the repeated filing of duplicative motions and/or Motions

---

[1] Although the dispositive motion deadline expired on June 20, 2005, application of the mailbox rule to Plaintiff's Motion renders it timely filed.

[2] The Court notes that the Motion for Summary Judgment filed on September 21, 2004, is also identical to that filed on May 13, 2003 (Doc. 46), which was denied as prematurely filed on November 18, 2003. (Docs. 51, 66.)

without merit can be considered action taken by Plaintiff in bad faith, vexatiously, wantonly, or for oppressive reasons and may result in the imposition of sanctions, up to and including dismissal, pursuant to the inherent authority of the court.  Chambers v. NASCO, Inc. 501 U.S. 32, 111 S.Ct. 2123 (1991)

**B. DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Defendant's moved for an extension of time to file a dispositive motion and also for the filing of an Opposition to the pending Motions for Summary Judgment filed by Plaintiff.  Given the numerous and repeated filings by Plaintiff and considering the factors set forth in Defendant Counsel's declaration, the Court finds good cause for granting Defendants an extension of time of forty-five days to file their Oppositions to the pending Motions for Summary Judgment and to file a dispositive Motion.

**C. CONCLUSION AND ORDER**

Accordingly, the Court HEREBY ORDERS:

1. The Motion for Summary Judgment filed on April 29, 2005, (Doc. 134) is **STRICKEN** from the record as it is duplicative of the Motion for Summary Judgment filed on September 21, 2004;

2. Defendants Motion for an Extension of time is GRANTED.  Any dispositive motion and Oppositions to pending Motions for Summary Judgment are due within **FORTY-FIVE DAYS** of the date of service of this Order.

IT IS SO ORDERED.

**Dated:   June 29, 2005**                          /s/ Lawrence J. O'Neill
b9ed48                                              UNITED STATES MAGISTRATE JUDGE