# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. FUNTANILLA, Jr., | CV F 02 6001 OWW LJO P |
| Plaintiff, | ORDER STAYING DEFENDANT'S DISPOSITIVE MOTION DEADLINE AND DEADLINE FOR FILING OPPOSITIONS TO PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT |
| v. | |
| D. TRISTAN, et. al., | |
| Defendants. | |

G. Funtanilla, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 30, 2005, this Court extended the dispositive motion deadline for Defendants and also granted Defendants an extension of time to file their Oppositions to three Motions for Summary Judgment filed by Plaintiff. On July 7, 2005, however, the Court also issued Findings and Recommendations that the action be dismissed for Plaintiff's having filed three actions that violated Section 1915(g) of the PLRA.

1

Based on the issuance of these Findings and Recommendations the Court HEREBY ORDERS:

1. That the outstanding deadline for Defendants to file a dispositive Motion and Oppositions to the pending Motions for Summary Judgment be STAYED pending resolution of the Court's recommendation that the action be dismissed.

Defendants will not be required to submit either a dispositive Motion or Oppositions until such time as the Court orders.

IT IS SO ORDERED.

**Dated:    July 6, 2005**          /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE