UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. FUNTANILLA, Jr., | CV F 02 6001 OWW LJO P |
| Plaintiff, | ORDER DISREGARDING MOTION FOR EXTENSION OF TIME TO PAY FILING FEE AS MOOT (Doc. 146.) |
| v. | |
| D. TRISTAN, et. al., | ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OBJECTIONS TO THE FINDINGS AND |
| Defendants. | RECOMMENDATIONS (Doc. 150.) |

G. Funtanilla, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 5, 2005, this Court issued Findings and Recommendations that Defendant's Motion to have Plaintiff's In Forma Pauperis status revoked and the case dismissed. The Court stayed the pending deadlines pending the resolution of the Findings and Recommendations by the District Court.

On August 1, 2005, a person representing Plaintiff paid the filing fee on Plaintiff's behalf.

1

1  Plaintiff filed a Motion for an Extension of Time to pay the filing fee on August 3, 2005, not
2  realizing that the fee had already been paid.  On August 9, 2005, Defendants filed an Opposition
3  to Plaintiff's Motion for time to pay the filing fee.  Defendants argue that Plaintiff's should not
4  be allowed to proceed with the action simply because he paid the filing fee.

5       In light of the payment of the fee, Plaintiff's Motion is moot.  Accordingly, it will be
6  denied.  This denial, however, does not resolve whether or not the action will be dismissed as
7  that decision will be made by the District Court upon its de novo review of the Findings and
8  Recommendations.

9       Plaintiff, on August 9, 2005, has also moved for an extension of time to file his
10 Objections to the Findings and Recommendations.  Plaintiff states that he has not been able to
11 complete his research on the legal issue in the Findings and Recommendations.  Thus, more time
12 is needed.

13      The Court will grant Plaintiff one extension of time of thirty days.  As noted by
14 Defendants, Plaintiff's In forma Pauperis Status has been revoked in prior cases filed in the
15 Eastern District.  Moreover, it is clear from the record presented by Defendants that Plaintiff has
16 been on notice for some time of his status or potential status under 1915(g).  Thus, Plaintiff's
17 need for further research is somewhat suspect.  Nevertheless, the Court will grant Plaintiff an
18 additional thirty days but no further time will be granted.

19      Accordingly, the Court HEREBY ORDERS:
20      1.    Plaintiff's Motion for Time to pay the filing fee is DENIED as moot;
21      2.    Plaintiff's request for an extension of time to file Objections is GRANTED.  The
22          Objections are due within thirty days of the date of service of this Order.  As
23          noted above, no further extensions of time will be granted.

26 IT IS SO ORDERED.

27 **Dated:   August 11, 2005**         **/s/ Sandra M. Snyder**
    icido3                       UNITED STATES MAGISTRATE JUDGE