# FILED

## JUDGMENT ENTERED

_____Sept. 28, 2005_____
### Date
by _____G. Lucas_____
#### Deputy Clerk

**U.S. District Court**
**Eastern District of California**

__x____  **FILE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*


G. FUNTANILLA, JR,

      Plaintiff,

          **JUDGMENT IN A CIVIL ACTION**

vs.

          CV-F-02-6001 OWW/LJO P

D. TRISTAN, et al.,

      Defendant.
_____/


      DECISION BY COURT:  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed and Judgment is entered in favor of the defendants and against the plaintiff.

DATED:  September 28, 2005


          JACK L. WAGNER, Clerk

          /s/ GREG LUCAS
     By:
          Deputy Clerk

jgm.civ
2/1/95