IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO C. FUNTANILLA, JR. | 1:02-cv-06001-OWW-GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| DAVID TRISTAN, et al., | (DOCUMENT #166) |
| Defendants. | OPPOSITION DUE BY MARCH 31, 2008 |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On December 31, 2007, plaintiff filed a motion to extend time to file an opposition to plaintiff's Motion for Summary Judgment.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted until March 31, 2008, in which to file an opposition to plaintiff's Motion for Summary Judgment of December 19, 2007.

IT IS SO ORDERED.

Dated:   **January 18, 2008**           /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE