IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **GREGORIO C. FUNTANILLA, JR.,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**DAVID TRISTAN, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | 1:02-cv-6001 OWW GSA (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME**<br>(Doc. 170)<br><br>DEADLINE OF <u>APRIL 30, 2008</u> FOR DEFENDANTS TO FILE OPPOSITION AND CROSS-MOTION |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 11, 2008, defendants filed a motion for an extension of time to respond to plaintiff's three pending motions for summary judgment, and to file a cross-motion for summary judgment. (Doc. 170). Plaintiff's three pending motions for summary judgment, to which defendants refer, were filed on December 19, 2007 (Doc. 165); January 30, 2008 (Doc. 168); and February 27, 2008 (Doc. 169). Defendants also requested leave to file one opposition addressing all three of plaintiff's motions.

　　　　Defendants are advised that plaintiff filed a fourth motion for summary judgment on March 17, 2008 (Doc. 171). Therefore, the court shall grant defendants' motion as to all ***four*** of plaintiff's pending motions for summary judgment.

1

1 | Based on the foregoing, good cause having been presented to the court, and GOOD CAUSE
2 | APPEARING THEREFOR, IT IS HEREBY ORDERED that defendants' motion is GRANTED.
3 | Defendants are granted an extension of time until **April 30, 2008**, to file a combined opposition to
4 | plaintiff's ***four*** motions for summary judgment and to file a cross-motion for summary judgment.
5 | IT IS SO ORDERED.
6 | **Dated:   March 21, 2008**          /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

2