UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO C. FUNTANILLA, JR.,<br><br>    Plaintiff,<br><br>    vs.<br><br>DAVID TRISTAN, et al.,<br><br>    Defendants. | 1:02-cv-06001-OWW-GSA-PC<br><br>ORDER REGARDING STATUS OF CASE<br><br>ORDER LIFTING STAY OF DEFENDANTS' MOTION FOR EXTENSION OF TIME<br>(Doc. 136.) |

Plaintiff, Gregorio C. Funtanilla, Jr. ("plaintiff") is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 16, 2002. (Doc. 1.)

On September 28, 2005, the court dismissed this action and denied as moot all pending motions. (Doc. 153.) Judgment was entered on September 28, 2005. (Doc 154.) On October 24, 2005, plaintiff filed a notice of appeal to the Ninth Circuit. (Doc. 155.) The appeal was granted, and the Ninth Circuit reversed the judgment and remanded the case to the district court. On July 5, 2007, the district court reopened the case. (Doc. 162.)

***In Forma Pauperis Status***

On October 24, 2002, the court granted plaintiff leave to proceed *in forma pauperis* in this action. (Doc. 6.) On February 10, 2005, defendants filed a motion for the court to revoke plaintiff's *in forma*

1

*pauperis* status pursuant to 28 U.S.C. 1915A. (Doc. 126.) On August 1, 2005, plaintiff paid the $150.00 filing fee in full. Once a filing fee is paid, the issue of whether an action proceeds *in forma pauperis* is moot. See Lipscomb v. Madigan, 221 F.2d 798, 798 (9th Cir. 1955). Therefore, because plaintiff paid the filing fee, he is not presently proceeding *in forma pauperis* in this action.

### *Defendants' Motion for Extension of Time*

On June 15, 2005, defendants filed a motion for an extension of time to file an opposition and cross-motion for summary judgment. (Doc. 139.) On July 7, 2005, the motion for extension of time was stayed by the court pending resolution of defendants' motion to dismiss. (Doc. 145.) Defendants' motion to dismiss has been resolved. Therefore, the stay shall be lifted and the motion shall be pending.

### *Other Pending Motions*

In light of the Ninth Circuit's reversal, plaintiff's motion to compel and three of plaintiff's motions for summary judgment were pending when the case was remanded. (Docs. 60, 107, 133, 141.) After the case was reopened by the district court, plaintiff filed six additional motions for summary judgment, and defendants filed a cross-motion for summary judgment. (Docs. 165, 168, 169, 171, 173, 176, 178.) Therefore, now pending are nine of plaintiff's motions for summary judgment, plaintiff's motion to compel, and defendants' cross-motion for summary judgment.[1]

### *Unserved Defendant*

On September 24, 2003, the court screened the second amended complaint pursuant to 28 U.S.C. § 1915A and found it stated cognizable claims for relief under section 1983 against twenty defendants, including defendant Lisa Salinas. (Doc. 54.) On November 12, 2003, the court ordered the United States Marshal to serve process on defendants. (Doc. 16.) Lisa Salinas' name was inadvertently omitted from the list of defendants submitted to the United States Marshal for service. As a result, defendant

---

[1] Plaintiff's 9 pending motions for summary judgment include: Doc. 60 filed on ; Doc. 107 filed on ; Doc. 141 filed on ; Doc. 165 filed on 12/19/07; Doc. 168 filed on 01/30/08; Doc. 169 filed on 02/27/08; Doc. 171 filed on 03/17/08; Doc. 173 filed on 03/28/08; and Doc. 178 filed on 04/25/08.

Plaintiff's motion to compel, Doc. 133, was filed on 04/22/05.

Defendants' cross-motion for summary judgment, Doc. 176, was filed on 04/09/08.

2

Lisa Salinas remains unserved.  The court shall instruct plaintiff how to serve defendant Lisa Salinas in a subsequent order.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff is not presently proceeding *in forma pauperis* in this action;
2. The stay on defendants' motion for extension of time is lifted;
3. Defendants' motion for extension of time to file an opposition and cross-motion for summary judgment is now pending;
4. Now pending in this action are plaintiff's motion to compel, nine of plaintiff's motions for summary judgment, and defendants' cross-motion for summary judgment; and
5. The parties are advised that defendant Lisa Salinas remains unserved.  The court shall instruct plaintiff how to serve defendant Lisa Salinas in a subsequent order.

IT IS SO ORDERED.

Dated:   **May 12, 2008**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE