1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT FOR THE
9                 EASTERN DISTRICT OF CALIFORNIA
10
11   GREGORIO C. FUNTANILLA, JR.,            1:02-cv-06001 OWW GSA (PC)
12                                           ORDER GRANTING FIRST MOTION
            Plaintiff,                       TO EXTEND TIME TO FILE
13                                           OBJECTIONS TO FINDINGS AND
        vs.                                  RECOMMENDATIONS
14
     DAVID TRISTAN, et al.,                  (DOCUMENT #186)
15
            Defendants.                      THIRTY DAY DEADLINE
16
                                       /
17
        Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §
18
19   1983.  On August 4, 2008,  plaintiff filed a motion to extend time to file objections to the

20   Findings and Recommendations issued on June 23, 2008 (Document #184).  Good cause

21   having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS

22   HEREBY ORDERED that:

23      Plaintiff is granted thirty (30) days from the date of service of this order in which to file

24   his objections to the Findings and Recommendations issued on June 23, 2008.

25      IT IS SO ORDERED.

26   Dated:   **August 8, 2008**          _____ **/s/ Gary S. Austin** _____
                                          UNITED STATES MAGISTRATE JUDGE
27
28