# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO C. FUNTANILLA, JR., | No. CV-F-02-6001 OWW/GSA PC |
| Plaintiff, | MEMORANDUM DECISION AND ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 188) AND DENYING PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT AS MOOT (Docs. 165, 168, 169, 173, 176 and 178) |
| vs. | |
| DAVID TRISTAN, et al., | |
| Defendants. | |

On August 12, 2008, the United States Magistrate Judge recommended that Plaintiff's motions for summary judgment, (Docs. 165, 168, 169, 173, 176, and 178) be denied as moot.

On August 21, 2008, Plaintiff filed a statement that he has no opposition to the Findings and Recommendation.

ACCORDINGLY:

1. The Findings and Recommendation filed on August 12, 2008 is adopted;

2. Plaintiff's motions for summary judgment, (Docs. 165, 168, 169, 173, 176, and 178), are DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   August 25, 2008              /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE