IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO C. FUNTANILLA, JR., | 1:02-cv-06001-OWW-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 184) |
| DAVID TRISTAN, et al., | ORDER FOR CASE TO PROCEED WITH CERTAIN CLAIMS AND DEFENDANTS AND DISMISSING ALL REMAINING CLAIMS AND DEFENDANTS |
| Defendants. | |
| | ORDER DIRECTING CLERK TO MAKE CHANGES TO DOCKET |

Gregorio C. Funtanilla, Jr. ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On June 23, 2008, findings and recommendations were entered, recommending that this action proceed with certain claims and defendants and that all remaining claims and defendants be dismissed. (Doc. 184.) The parties were provided an opportunity to file objections to the findings and recommendations within thirty days. Plaintiff requested and was granted an extension of time to file objections. (Docs. 186, 187.) On September 11, 2008, plaintiff filed objections. (Doc. 191.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

1

court finds the findings and recommendations to be supported by the record and proper analysis. The new procedures alleged to have been established for mentally ill prisoners have not been recognized as of that time to have created an enforceable due process claim.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on June 23, 2008, are ADOPTED in full;

2. This action now PROCEEDS against:

    (1) defendants Hanse, Means, Medrano, and Thomas for failure to protect plaintiff, in violation of the Eighth Amendment;

    (2) defendants Atkinson, Buckley, Castillo, Gonzalez, Means, Salinas, Streeter, Vella, and Yates for retaliation, in violation of the First Amendment;

    (3) defendants Means, Vella, and Yates for violation of Due Process;

    (4) defendants Martinez, Medrano, and Thomas for failure to provide adequate medical care, in violation of the Eighth Amendment; and

    (5) defendants Brown, Galaza, and Vella for adverse conditions of confinement, in violation of the Eighth Amendment;

3. All other defendants and claims are DISMISSED from this action for failure to state a claim upon which relief may be granted under section 1983; and

4. The Clerk's Office is DIRECTED to reflect the dismissal of defendants Bloxom, Godin, Marshall, Tristan, Walker, and Yamamoto on the docket.

IT IS SO ORDERED.

Dated:   September 21, 2008              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

2