IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO C. FUNTANILLA, JR., | 1:02-cv-06001-OWW-GSA (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| DAVID TRISTAN, et al., | (DOCUMENT #199) |
| Defendants. | (30) THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On November 24, 2008, plaintiff filed a motion to extend time to file Objections to the Magistrate's Findings and Recommendations issued on October 30, 2008.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file Objections to the Magistrate's Findings and Recommendations issued on October 30, 2008.

IT IS SO ORDERED.

Dated:   **December 4, 2008**          _____/s/ **Gary S. Austin**_____
                                             UNITED STATES MAGISTRATE JUDGE