IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GREGORIO C. FUNTANILLA, JR.,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DAVID TRISTAN, et al.,<br><br>　　　　　　　　　　　　　Defendants. | 1:02-cv-06001-OWW-GSA-PC<br><br>ORDER EXTENDING DEADLINE TO FILE UNENUMERATED RULE 12(b) MOTIONS FOR ALL PARTIES<br><br>(Doc. 200.)<br><br>Old Deadline:　11-27-2008<br><br>New Deadline: 12-29-2008 |

　　Plaintiff Gregorio C. Funtanilla, Jr. ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 25, 2008, defendants filed a motion to extend the deadline to file Unenumerated Rule 16(b) Motions. (Doc. 200.) The current deadline to file Unenumerated Rule 16(b) Motions, established by the court's Scheduling Order of October 31, 2008, is November 27, 2008. (Doc. 197.)

　　Good cause having been presented to the Court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. The deadline to file Unenumerated Rule 16(b) Motions is extended until **December 29, 2008** for all parties to this action; and
2. All other deadlines in the court's Scheduling Order of October 31, 2008, remain the same.

　IT IS SO ORDERED.

　Dated:　**December 4, 2008**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE