# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO C. FUNTANILLA, JR., | 1:02-cv-06001-OWW-GSA-PC |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (Doc. 212.) |
| DAVID TRISTAN, et al., | ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO SERVE DEFENDANT SALINAS |
| Defendants. | DEADLINE JUNE 30, 2009 |

Gregorio C. Funtanilla, Jr. ("plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on August 16, 2002. (Doc. 1.) Plaintiff paid the filing fee for this action in full on August 1, 2005.

On March 31, 2009, the court issued an order for plaintiff to show cause why defendant Lisa Salinas should not be dismissed from this action, based on plaintiff's failure to serve process upon defendant Salinas.[1] (Doc. 212.) On April 20, 2009, plaintiff filed a response to the court's order, requesting additional time to serve process, due to delays at the prison allegedly out of plaintiff's control. (Doc. 214.)

Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, plaintiff is granted an extension of time until **June 30, 2009** in which to serve process upon defendant Lisa Salinas, pursuant to the court's order of October 23, 2008.

IT IS SO ORDERED.

Dated: May 21, 2009                     /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is not proceeding in forma pauperis. Therefore, he must effect service of the summons and complaint himself.