IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO C. FUNTANILLA, JR., | 1:02-cv-06001-OWW-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 215.) |
| DAVID TRISTAN, et al., | ORDER DENYING PLAINTIFF'S REQUEST FOR COURT ORDER TO ALLOW WEEKLY ACCESS TO STORED LEGAL MATERIALS |
| Defendants. | (Doc. 213.) |

Gregorio C. Funtanilla, Jr. ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 18, 2009, findings and recommendations were entered, recommending that plaintiff's request for a court order directing prison officials to allow him weekly access to his stored legal materials be denied. (Doc. 215.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. Plaintiff requested and was granted an extension of time to file objections. (Docs. 217, 219.) On August 21, 2008, plaintiff filed objections. (Doc. 225.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

    Accordingly, THE COURT HEREBY ORDERS that:

    1.  The Findings and Recommendations issued by the Magistrate Judge on May 18, 2009, are adopted in full; and

    2.  Plaintiff's request for a court order directing prison officials to allow him weekly access to his stored legal materials is DENIED.

IT IS SO ORDERED.

**Dated:   August 26, 2009**　　　　　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE