# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO C. FUNTANILLA, JR., | 1:02-cv-06001-OWW-GSA-PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 224.) |
| DAVID TRISTAN, et al., | |
| Defendants. | |

Gregorio C. Funtanilla, Jr. ("plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on August 16, 2002. (Doc. 1.) Plaintiff paid the filing fee in full for this action on August 1, 2005. On August 14, 2009, Plaintiff filed a motion for District Court Judge Oliver Wanger to reconsider the Clerk's decision to deny him a free copy of one of his case documents.

Plaintiff provides evidence that in August 2009 he made a request to the Clerk of the Court to provide him with a copy of one of his case documents which he had lost. (Exhibit to Motion.) The Clerk denied the request and sent Plaintiff a notice explaining that the Clerk's Office does not provide free copies of documents to parties. Id. Plaintiff requests the District Judge to reverse the Clerk's decision and issue an order directing the Clerk to provide the copy to Plaintiff.

As Plaintiff was advised by the Clerk, the Clerk does not ordinarily provide free copies of documents to parties. Copies up to 20 pages may be made by the Clerk's Office at this court upon

request and prepayment of the copy fees. See 28 U.S.C. § 1914(a). Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge. In this action, Plaintiff requests a free copy of the court's order of July 22, 2009, which granted him a 30-day extension of time to file objections. Plaintiff has not shown good cause for the Clerk to provide him a copy of this order without prepayment. Therefore, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated: February 12, 2010  /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE